**Electronically Filed
Supreme Court
SCWC-21-0000334
31-OCT-2022
11:36 AM
Dkt. 6 ODAC**

SCWC-21-0000334

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

HUGO HEMA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000334; 1CPC-19-0000171)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Hugo Hema's Application

for Writ of Certiorari, filed on September 20, 2022, is hereby

rejected.

DATED: Honolulu, Hawai'i, October 31, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd. W. Eddins

